IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| VIKI BELL, *Plaintiff,* <br><br> v. <br><br> WAL-MART STORES TEXAS, LLC, *Defendant.* | § § § § § § § § § § CIVIL ACTION No. 1:13-cv-491 <br><br> JUDGE RON CLARK |

## ORDER OF DISMISSAL

Before the court is Plaintiff Viki Bell's unopposed Motion for Nonsuit [Doc. #9]. Having considered the motion, the court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff Viki Bell's unopposed Motion for Nonsuit [Doc. #9] is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

So **ORDERED** and **SIGNED** this **21** day of **October, 2013.**

_____
Ron Clark, United States District Judge